**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Jason Eisenhauer )
)
)
    Plaintiff(s), )
)
    vs. ) Case No. 4:21-cv-964-RLW
LG Chem, Ltd. and LG Chem America, Inc. )
)
)
    Defendant(s). )

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**
**CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for <u>LG Chem, Ltd.</u> hereby discloses the following organizational interests:

1.    If the subject organization is a corporation,

    a.    Its parent companies or corporations (if none, state "none"):
        LG Chem, Ltd. is a publicly traded company. LG Corp. is a publicly held corporation, and it owns more than 10% of the stock of LG Chem, Ltd.

    b.    Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
        As of the filing of this Certificate, LG Energy Solution, Ltd. is a wholly-owned subsidiary of LG Chem, Ltd. However, on or about January 27, 2022, LG Energy Solution, Ltd. will become a publicly traded company. None of LG Chem, Ltd.'s other subsidiaries are publicly traded, and therefore, none of those subsidiaries would provide a grounds for recusal in this case.

    c.    Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
        LG Corp. is a publicly held corporation that owns more than 10% of the stock of LG Chem, Ltd. No other publicly held company owns 10% or more of LG Chem, Ltd.'s stock.

2.    If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

*/s/ Rachel Hedley*
Signature (Counsel for Plaintiff/Defendant)
Print Name: Rachel Hedley #16941 (SC)
Address: 1320 Main St, 17th Floor
City/State/Zip: Columbia, SC 29201
Phone: 803-255-5565

**Certificate of Service**

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: January 14, 2022.

*/s/ Rachel Hedley*
Signature