# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JASON EISENHAUER | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.  4:21-CV-964-RLW |
| v. | ) |
| | ) |
| LG CHEM, LTD. and LG CHEM AMERICA, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ENTRY OF APPEARANCE

COMES NOW the undersigned counsel, Melissa Foster Bird of Nelson Mullins Riley & Scarborough LLP, and enters her appearance on behalf of Defendant LG Chem, Ltd. in the above-styled case.

Respectfully submitted this 5th day of July 2022.

.

/s/ Melissa Foster Bird
Melissa Foster Bird, 6588(WV)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
949 Third Avenue, Suite 200
Huntington, WV 25701
Telephone: (304) 526-3500
Fax: (304) 526-3599
Email: Melissa.FosterBird@nelsonmullins.com

***Attorney for Defendant LG Chem, Ltd.***

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **ENTRY OF APPEARANCE** was served on counsel of record by the Court's electronic filing system on this 5th day of July 2022.

*/s/ Melissa Foster Bird*
Melissa Foster Bird, 6588(WV)