# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JASON EISENHAUER<br><br>    Plaintiff,<br><br>v.<br><br>LG CHEM, LTD.<br><br>    Defendant. | Case No. 4:21-CV-00964-RLW<br><br>JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

COMES NOW Plaintiff, Jason Eisenhauer, by and through his counsel, and hereby dismisses this action and all claims and causes of action with prejudice. Each party to bear their respective Court costs, and costs having been fully satisfied.

**DATED:** March 30, 2023

Respectfully Submitted,

**THE SIMON LAW FIRM, P.C.**

By: */s/ John M. Simon*
   John G. Simon, #35231
   John M. Simon, #68393
   Megan A. Crowe, #71857
   800 Market Street, Suite 1700
   St. Louis, Missouri  63101
   jsimon@simonlawpc.com
   jmsimon@simonlawpc.com
   mcrowe@simonlawpc.com
   (314) 241-2929
   (314) 241-2029 / Facsimile

   And

**GUPTA WESSLER, PLLC**

By: /s/ Jonathan E. Taylor
    Johnathan E. Taylor (PHV)
    Deepak Gupta (PHV)
    2001 K Street NW, Suite 850 N
    Washington, DC 20006
    P: (202) 888-1741
    F: (202) 888-7792
    jon@guptawessler.com
    deepak@guptawessler.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via the court's electronic filing system on March 30, 2023 to all counsel of record.

*/s/ John M. Simon*